UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **S.E. FUNERAL HOMES OF ALABAMA, LLC** | * | **CIVIL ACTION NO. _____** |
| **VERSUS** | * | **JUDGE: _____** |
| **LEXINGTON INSURANCE COMPANY** | * | **MAGISTRATE JUDGE:** _____ |

_____

**DEFENDANT'S NOTICE OF REMOVAL**
_____

TO:   THE HONORABLE JUDGES OF THE
         UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF LOUISIANA

Defendant, Lexington Insurance Company, through undersigned counsel, hereby gives notice of the removal of the civil action entitled, "*S.E. Funeral Homes of Alabama, LLC v. Lexington Insurance Company*," Docket Action No. 795141, Division K, pending in the 24th Judicial District Court, Parish of Jefferson, State of Louisiana, for the following reasons:

I.

This civil action was originally filed by Plaintiff, S.E. Funeral Homes of Alabama, on May 10, 2019, seeking trial in the 24th Judicial District Court, Parish of Jefferson, State of Louisiana. On or about June 5, 2019, Defendant was served with the Citation and Petition in the above-referenced suit. A copy of the Citation and Plaintiff's original Petition is attached as "Exhibit A" and incorporated herein by reference. 28 U.S.C. § 1446(a).

II.

Pursuant to 28 U.S.C. § 1446(d), a notice of removal is contemporaneously being filed in the 24th Judicial District Court, Parish of Jefferson, State of Louisiana and has been served upon

Plaintiff through its counsel of record.

III.

Plaintiff, S.E. Funeral Homes, is an Alabama limited liability company. S.E. Funeral Homes' sole member is S.E. South-Central, LLC, a Louisiana limited liability company. S.E. South-Central LLC's sole member is Stewart Enterprises Inc. ("SEI"), a Louisiana corporation. (Petition, ¶ 4.)

IV.

Defendant is a Delaware corporation, with its principal place of business in Boston, Massachusetts.

V.

Based on the foregoing, complete diversity of citizenship exists between Plaintiff and Defendant under 28 U.S.C. § 1332.

VI.

In addition, the requisite jurisdictional amount of $75,000.00 for diversity of jurisdiction under 28 U.S.C. § 1332 is met. The Petition alleges that Plaintiff seeks to recover amounts in excess of $12,000,000.00. (Petition at ¶ 41.)

VII.

This Notice of Removal is filed within thirty (30) days of Defendant's receipt of a pleading from which it may first be ascertained that the case is one which is or has become removable. Accordingly, removal is timely. 28 U.S.C. § 1446(b)(3); see also, *Chapman v. Powermatic, Inc*., 969 F.2d 160, 163 (5th Cir. 1992).

VIII.

Based on the foregoing, Defendant removes this case to this Honorable Court and respectfully submits that removal is proper pursuant to the law, the Federal Rules of Civil Procedure, and the Local Rules of this Court.

Wherefore, Defendant prays that the matter entitled, "*S.E. Funeral Homes of Alabama, LLC v. Lexington Insurance Company*," Docket Action No. 795141, Division K, pending in the 24th Judicial District Court, Parish of Jefferson, State of Louisiana, be removed to the United States District Court, Eastern District of Louisiana, and that the 24th Judicial District Court, Parish of Jefferson, State of Louisiana, proceed no further in said action filed herein unless and until this action be remanded by this Honorable Court.

Respectfully submitted,

JUNEAU DAVID, APLC

*/s/ Robert J. David, Jr.*
ROBERT J. DAVID, JR. (#21554)
rjd@juneaudavid.com
SARAH E. STEPHENS (#35570)
ses@juneaudavid.com
1018 Harding Street, Suite 202
Post Office Drawer 51268
Lafayette, LA   70505-1268
Ph: (337) 269-0052
Fax: (337) 269-0061

Counsel for Defendant, Lexington Insurance Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.

                                           */s/ Robert J. David, Jr.*
                                           ROBERT J. DAVID, JR.