UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| S.E. FUNERAL HOMES OF ALABAMA, LLC | CIVIL ACTION |
| VERSUS | NO: 19-11274 |
| LEXINGTON INSURANCE COMPANY | SECTION: "J"(5) |

## ORDER

Considering the *Joint Motion to Dismiss with Prejudice* **(Rec. Doc. 26)** filed by the parties,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and all claims in the above-captioned matter are **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

New Orleans, Louisiana, this 10th day of February, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE